the Court, denied. Certiorari denied. JUSTICE STEVENS, JUS-
TICE GINSBURG, and JUSTICE BREYER would grant the applica-
tion for stay of execution.

No. 95–1246.  SMITH v. RUNYON, POSTMASTER GENERAL, 517
U. S. 1188;

No. 95–1821.  MARABLE v. MICHIGAN, ante, p. 811;

No. 95–1851.  HOLMES v. GRIFFIN, ante, p. 812;

No. 95–1944.  PIPPIN v. BENNETT, ante, p. 817;

No. 95–1964.  HINCHLIFFE ET UX. v. TRANSAMERICA FINAN-
CIAL CONSUMER DISCOUNT CO., ante, p. 818;

No. 95–1970.  SUEHL v. SUEHL, ante, p. 818;

No. 95–2001.  COWHIG v. WEST, SECRETARY OF THE ARMY,
ET AL., ante, p. 820;

No. 95–2046.  HOWARD v. TOWN OF CHAPEL HILL ET AL., ante,
p. 822;

No. 95–2089.  STROBRIDGE v. NEW YORK ET AL., ante, p. 825;

No. 95–2092.  FARUQUI v. CALIFORNIA ET AL., ante, p. 825;

No. 95–6127.  WALTERS v. ALLSTATE INSURANCE CO., 516
U. S. 1050;

No. 95–8346.  GARZA v. UNITED STATES, ante, p. 825;

No. 95–8811.  HEMMERLE v. FEDERAL DEPOSIT INSURANCE
CORPORATION ET AL., ante, p. 828;

No. 95–8905.  WARREN v. UNITED STATES, ante, p. 831;

No. 95–9013.  GODAIRE v. JOHNSON, DIRECTOR, TEXAS DE-
PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ante,
p. 834;

No. 95–9058.  MITCHELL v. JOHNSON, DIRECTOR, TEXAS DE-
PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ante,
p. 836;

No. 95–9100.  STEWART v. GRAMLEY, WARDEN, ante, p. 838;

No. 95–9106.  NOURAIE v. WEST, SECRETARY OF THE ARMY,
ante, p. 838;

No. 95–9130.  KLOPP v. UNITED STATES ET AL., ante, p. 839;

No. 95–9132.  JACKSON v. KESSLER, ante, p. 839;

No. 95–9133.  JONES, AKA LEE v. UNITED STATES, ante,
p. 948;

No. 95–9156.  BABA v. WARREN MANAGEMENT CONSULTANTS,
INC., ET AL., ante, p. 840;

No. 95–9158. BARBERENA-JIMENEZ v. UNITED STATES, *ante,* p. 841;

No. 95–9165. KUMAR v. UNITED STATES, *ante,* p. 841;

No. 95–9255. YURTIS, AKA COAN v. JONES ET UX., *ante,* p. 846;

No. 95–9283. NGUYEN v. DEPARTMENT OF DEFENSE, *ante,* p. 848;

No. 95–9337. CARR v. LOUISIANA, *ante,* p. 851;

No. 95–9364. AGUILAR v. NEW MEXICO, *ante,* p. 852;

No. 95–9433. KRUEGER v. WOODS, WARDEN, *ante,* p. 856;

No. 95–9452. FORTESCUE v. SIMPSON ET AL., *ante,* p. 857;

No. 95–9457. HARPER v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS ET AL., *ante,* p. 858;

No. 95–9461. IN RE WILLIAMS, *ante,* p. 806;

No. 95–9469. SMITH v. NATIONAL CORPORATION OF HOUSING PARTNERSHIPS, *ante,* p. 859;

No. 95–9487. TAYLOR v. LOUISIANA, *ante,* p. 860;

No. 95–9496. BARTH v. UNITED STATES, *ante,* p. 860;

No. 96–10. IN RE GESCHKE ET UX., *ante,* p. 861;

No. 96–57. SCHIFFER v. TARRYTOWN BOAT CLUB, INC., ET AL., *ante,* p. 864;

No. 96–92. WOLF v. BUSS AMERICA, INC., *ante,* p. 866;

No. 96–96. WYSHAK v. AMERICAN SAVINGS BANK, F. A., ET AL., *ante,* p. 866;

No. 96–127. GREENE v. CITY OF MONTGOMERY, *ante,* p. 867;

No. 96–158. ST. HILAIRE ET AL. v. MAINE REAL ESTATE COMMISSION, *ante,* p. 869;

No. 96–161. CORNISH v. DISTRICT OF COLUMBIA BOARD ON PROFESSIONAL RESPONSIBILITY, *ante,* p. 869;

No. 96–314. SCHAPIRO v. SCHAPIRO (two judgments), *ante,* p. 931;

No. 96–5062. ANDERSON v. FISCHBACH & MOORE, INC., ET AL., *ante,* p. 876;

No. 96–5092. PHELPS ET UX. v. DENTON COUNTY SHERIFF ET AL., *ante,* p. 878;

No. 96–5094. BAKER v. RUNYON, POSTMASTER GENERAL, ET AL., *ante,* p. 879;

No. 96–5095. DEMAREY v. UNITED STATES, *ante,* p. 879;

No. 96–5096. OLIVER v. MAZURKIEWICZ, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW, ET AL., *ante,* p. 879;

No. 96–5106. NEWPORT *v.* MICHELIN AIRCRAFT TIRE, AKA MICHELIN TIRE CORP., *ante,* p. 879;

No. 96–5122. AYEBOUA *v.* DISTRICT OF COLUMBIA ET AL., *ante,* p. 880;

No. 96–5142. HAYES *v.* CORRECTION MANAGEMENT AFFILIATES, INC., ET AL., *ante,* p. 881;

No. 96–5152. CHILDS *v.* OHIO ET AL., *ante,* p. 882;

No. 96–5177. MARTEL *v.* NEW HAMPSHIRE, *ante,* p. 883;

No. 96–5196. CROWDER *v.* UNITED STATES, *ante,* p. 885;

No. 96–5275. BRETSCHNEIDER *v.* BROWN, *ante,* p. 889;

No. 96–5314. COOK ET UX. *v.* BOYD, *ante,* p. 891;

No. 96–5320. DEMPSEY *v.* MASSACHUSETTS, *ante,* p. 892;

No. 96–5364. TUGGLE *v.* NETHERLAND, WARDEN, *ante,* p. 894;

No. 96–5367. STAUP *v.* FIRST UNION NATIONAL BANK OF FLORIDA ET AL., *ante,* p. 894;

No. 96–5390. WISHNATSKY *v.* BERGQUIST ET AL., *ante,* p. 895;

No. 96–5410. RICHARDS *v.* GENERAL SERVICES ADMINISTRATION, *ante,* p. 896;

No. 96–5419. BROWN *v.* RUBIN, SECRETARY OF THE TREASURY, ET AL., *ante,* p. 897;

No. 96–5477. BECKER *v.* SOUTHWEST TRAVIS COUNTY ROAD DISTRICT NO. 1, *ante,* p. 933; and

No. 96–5480. BILLIS *v.* UNITED STATES, *ante,* p. 900. Petitions for rehearing denied.

No. 95–1933. ROGERS ET AL. *v.* ROGERS ET AL., *ante,* p. 816. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.

No. 95–8885. SIEGEL *v.* DOE ET AL., *ante,* p. 830. Motion for leave to file petition for rehearing denied.

DECEMBER 4, 1996

No. 96–6907 (A–384). MILLS *v.* BUTTERWORTH, ATTORNEY GENERAL OF FLORIDA, ET AL. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.